UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DANA S INGRAM,

        Plaintiff,

  v.

MICHAEL ASTRUE ,

        Defendant.

Case Number: CV08-05315 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dana S. Ingram
15 Mast Dr.
Suisun, CA 94585

Dated: December 1, 2008

                                Richard W. Wieking, Clerk
                                By: Dawn Toland, Deputy Clerk